UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK FREEMAN,

        Plaintiff,

v.                                           Case No. 2:21-cv-669-JLB-NPM

NEPTUNE TRUCKING, LLC,
JOHN DOE and
PRIORITY-1, INC.

        Defendants.

## ORDER

In furtherance of the Court's Rule 16 obligation to develop and enter an appropriate scheduling order (Doc. 22), a scheduling conference was held on November 9, 2021 (Doc. 20), during which certain service-of-process issues were discussed. This order sets related deadlines to ensure the orderly progress of this case.

Plaintiff Mark Freeman must file a motion to default Defendant Neptune Trucking within 14 days after resolution of the pending motion to remand (Doc. 11). Defendant Neptune Trucking was served on September 24, 2021 (Doc. 10), and by local rule the motion for clerk's default is overdue. Local Rule 1.10(b).

- 2 -

Additionally, Plaintiff Freeman must identify Defendant John Doe and file a respective proof or waiver of service by February 15, 2022.

**ORDERED** in Fort Myers, Florida on November 16, 2021.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE